UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                              CASE NO.: 6:18-bk-03297-KSJ

TERRY HONG-YIN CHAN
and JACQUELYN ANGIULLI CHAN,

    Debtors.
_____/

TODD M. HOEPKER,

    Plaintiff,

vs.                                                 Adversary No. 6:18-ap-00100-KSJ

TERRY HONG-YIN CHAN
and JACQUELYN ANGIULLI CHAN,

    Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF
## SETTLEMENT AGREEMENT AND COMPROMISE

COME NOW, Plaintiff, TODD M. HOEPKER, and Defendants, TERRY HONG-YIN

CHAN and JACQUELYN ANGIULLI CHAN, by and through their undersigned attorneys, and

hereby jointly move for this Court's approval of the parties' settlement agreement and the

compromise of this adversary proceeding. In support thereof, Plaintiff and Defendants allege:

    1.    On September 3, 2019, the parties entered into a confidential settlement agreement.

    2.    Pursuant to Local Bankruptcy Rule 9019-2(f), Plaintiff and Defendants request that

this Court approve the parties' settlement agreement and the compromise of this adversary

proceeding. A proposed Order Approving the Settlement Agreement and Dismissing Adversary

Proceeding with Reservation of Jurisdiction is attached hereto.

WHEREFORE, Plaintiff, TODD M. HOEPKER, and Defendants, TERRY HONG-YIN

CHAN and JACQUELYN ANGIULLI CHAN, respectfully request that this Court enter the Order

Approving Settlement Agreement and Dismissing Adversary Proceeding with Reservation of

Jurisdiction, and award such other and further relief as is just and proper.

DATED this 5th day of September, 2019.


__/s/ John J. Bennett_____          ___/s/ Todd M. Hoepker_____
JOHN J. BENNETT, ESQUIRE                        TODD M. HOEPKER, ESQUIRE
Nardella & Nardella, PLLC                       Todd M. Hoepker, P.A.
135 W. Central Blvd., Ste. 300                  Post Office Box 3311
Orlando, FL 32801                               Orlando, FL 32802-3311
Attorney for Defendants                         Attorney for Plaintiff
Florida Bar No: 98257                           Florida Bar No: 507611
Telephone: (407) 966-2680                       Telephone: (407) 426-2060
Facsimile:  (407) 966-2681                      Facsimile: (407) 426-2066
jbennett@nardellalaw.com                        toddhoepker@hoepkerlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via the ECF system to:

JOHN BENNETT, ESQUIRE, Nadella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102,

Orlando, FL 32801 on this 5th day of September, 2019.


                                ___/s/ Todd M. Hoepker_____
                                TODD M. HOEPKER, ESQUIRE

                                        .

S:\MyFiles\TMH PERSONAL\735 EDGEWATER\TMH SUIT\CHAN BANKRUPTCY\JOINT MOTION.docx

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                              CASE NO.: 6:18-bk-03297-KSJ

TERRY HONG-YIN CHAN
and JACQUELYN ANGIULLI CHAN,

    Debtors.
_____/

TODD M. HOEPKER,

    Plaintiff,

vs.                                                 Adversary No. 6:18-ap-00100-KSJ

TERRY HONG-YIN CHAN
and JACQUELYN ANGIULLI CHAN,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND COMPROMISE

THIS CAUSE came on to be heard upon the Joint Motion for Approval of Settlement

Agreement and Compromise (Dkt. 29), and the Court, having reviewed the pleadings, and being

otherwise duly advised in the premises, hereby

ORDERS and ADJUDGES that:

1.    The Settlement Agreement and Compromise is hereby approved;

2.    This adversary proceeding is hereby dismissed with this Court expressly reserving jurisdiction to enforce the terms and conditions of the Settlement Agreement and Compromise; and

3.    Plaintiffs may reopen this adversary proceeding by filing a motion to reopen and to enforce the Settlement Agreement and Compromise and shall not be required to pay any fees in connection with reopening the case to enforce the terms and conditions of the Settlement Agreement and Compromise.

**DONE AND ORDERED** in Orlando, Florida on _____, 2019.

_____

KAREN S. JENNEMANN
U. S. Bankruptcy Judge

**Todd M. Hoepker, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.**

S:\MyFiles\TMH PERSONAL\735 EDGEWATER\TMH SUIT\CHAN BANKRUPTCY\ORDER.docx